

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

United States of America,                                      Defendant's Proposed Verdict Sheet

               – against –                         1:14-CR-366 (MAD)

Shakir Michael,

                           Defendant.

---

    WE, the jury, unanimously find as follows:

*Question 1*

    Did the Government prove beyond a reasonable doubt that Shakir Michael, on or about January 14, 2013, in Albany County in the Northern District of New York, having previously been convicted in a court of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess in and affecting commerce a Mossberg 12 gauge shotgun bearing serial number MV68822M loaded with seven rounds of Remington Express 00-Buckshot ammunition, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2), as charged in the Indictment?

    If your answer is YES, then your verdict must be GUILTY. If your answer is NO, then your verdict must be NOT GUILTY.

                                                                  _____       _____
                                                                  Guilty       Not Guilty

**Go on to Question 2.**

Law Offices of
FROST & KAVANAUGH, P.C.
287 North Greenbush Road
Troy, New York 12180-8514
(518) 283-3000
Fax (518) 283-8060



*Question 2*

Did the Government prove beyond a reasonable doubt that Shakir Michael, on or about January 13, 2013, in Albany County in the Northern District of New York, in furtherance of a drug trafficking crime for which he may be prosecuted in a court of the United States, possess a firearm, namely, a Mossberg 12 gauge shotgun bearing serial number MV68822M, in violation of Title 21, United States Code, Section 924(c)(1)(A), as charged in the Indictment?

If your answer is YES, then your verdict must be GUILTY. If your answer is NO, then your verdict must be NOT GUILTY.

_____   _____
Guilty    Not Guilty

**Report your verdict to the Court.**

Dated:   January 31, 2015
        Troy, New York

Respectfully submitted,

s/
_____
Arthur R. Frost, Esq.
Bar Roll No. 511214
FROST & KAVANAUGH, P.C.
Attorneys for Defendant
Office and P. O. Address
287 North Greenbush Road
Troy, New York 12180
Tel.: (518) 283-3000

To:

Honorable Mae A. D'Agostino
United States District Court Judge
U.S. District Court
Albany, New York 12207

United States Attorney's Office
Robert Sharpe, Esq., AUSA
James T. Foley U. S. Courthouse
445 Broadway
Albany, NY 12207

\\fkreception\f&k_data files\criminal\michael, shakir\proposed verdict sheet.docx

Law Offices of
FROST & KAVANAUGH, P.C.
287 North Greenbush Road
Troy, New York 12180-8514
(518) 283-3000
Fax (518) 283-8060

2